**Joseph Raymond MCCOY, Plaintiff—Appellant,**

v.

**Edward S. ALAMEIDA, Jr., Director; et al., Defendants—Appellees.**

No. 04–16442.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 13, 2007.

Joseph Raymond McCoy, Coalinga, CA, pro se.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

California state prisoner Joseph Raymond McCoy appeals pro se the district court's denial of preliminary injunctive relief in McCoy's action brought under 42 U.S.C. § 1983. We have jurisdiction under 28 U.S.C. § 1292(a).

We dismiss the appeal as moot, as McCoy has since been granted the relief

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

he sought: leave to proceed in forma pauperis. *See Village of Gambell v. Babbitt,* 999 F.2d 403, 406 (9th Cir.1993).

We do not address McCoy's challenge to the order denying his motion to disqualify the magistrate judge from his case since the matter is not properly before us.

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.